UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  19-04119 |
| Blue Thunder Truck Brockerage, Inc. | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | DuPage |
| | ) | |
| Debtor(s) | ) | |

## Order Granting Trustee's Motion to Compel Debtor to Turnover Books, Records and Files of the Debtor to the Trustee

This matter coming before the Court on the motion of Frank J. Kokoszka as chapter 7 trustee (the "Trustee"), to compel Debtor Blue Thunder Truck Brokerage, Inc. to turn over to the Trustee any and all books, records and files of the Debtor to the Trustee, due and proper notice having been given to all parties entitled thereto, and the Court being otherwise duly advised in the premises,

IT IS HEREBY ORDERED THAT:

The motion is granted and Debtor Blue Thunder Truck Brokerage, Inc. is ordered to turn over all books, documents, records, and papers related to the property and financial matters of the Debtor within 14 days of entry of this order.

Enter: *[signature: Janet S. Baer]*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  March 15, 2019

**Prepared by:**

Frank J. Kokoszka (Kokoszka & Janczur, P.C.)
19 South LaSalle Street
Suite 1201
Chicago, Illinois 60603
trustee@k-jlaw.com