UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  19-04119 |
| Blue Thunder Truck Brokerage, Inc. | ) | |
| | ) | Chapter:  7 |
| | ) | Honorable Janet S. Baer |
| | ) | DuPage |
| | ) | |
| Debtor(s) | ) | |

## Order Granting Trustee's Motion to Compel the Debtor and Fifth Third Bank to Turn Over Property of the Estate to the Trustee

This matter coming before the Court on the Motion of Frank J. Kokoszka, as chapter 7 trustee (the "Trustee"), to Compel the Debtor and Fifth Third Bank to Turn Over to the Trustee all funds in the Fifth Third Bank Account -8070 with a balance of approximately $1,863.78, due and proper notice having been given to all parties entitled thereto, and the Court being otherwise duly advised in the premises,

IT IS HEREBY ORDERED THAT:

(1) The Motion is granted as set forth herein;

(2) The Debtor and Fifth Third Bank are ordered to turn over to the Trustee the all funds in the Fifth Third Bank Account -8070 with a bank account of approximately $1,863.78 within 10 days of the entry of this order.

Enter: *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  October 11, 2019

**Prepared by:**

Frank J. Kokoszka (Kokoszka & Janczur, P.C.)
19 South LaSalle Street, Suite 1201
Chicago, Illinois 60603
fkokoszka@k-jlaw.com