IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>**BLUE THUNDER TRUCK<br>BROKERAGE, INC.**<br><br><br><br><br><br>DEBTOR. | CASE NO.  19-04119<br><br>CHAPTER 7<br><br>HON. JANET S. BAER<br><br>**Hearing Date: October 2, 2020<br>Time: 11:00 a.m.<br>TELEPHONIC HEARING** |

## <u>NOTICE OF MOTION</u>

TO: See attached list

    **PLEASE TAKE NOTICE** that on **October 2, 2020** at **11:00 a.m.**, I will appear before the Honorable Janet S. Baer, or any judge sitting in her place, and present the **FIRST INTERIM APPLICATION OF ALAN D. LASKO & ASSOCIATES, P.C. FOR ALLOWANCE OF COMPENSATION AND EXPENSES**, a copy of which is attached.

    **This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                          /s/ Frank J. Kokoszka
                          Frank J. Kokoszka

Frank J. Kokoszka, Esq. (ARDC # 6201436)
Kokoszka & Janczur, P.C.
19 South LaSalle Street, Suite 1201
Chicago, Illinois 60603
(312) 443-9600 phone; (312) 254-3156 fax
fkokoszka@k-jlaw.com

## CERTIFICATE OF SERVICE

I, Frank J. Kokoszka, an attorney, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on September 11, 2020 before 5:00 p.m.

/s/ Frank J. Kokoszka
Frank J. Kokoszka

## SERVICE LIST

**Via Electronic Service:**

**All parties entitled to ECF Notification:**


Patrick S Layng                                    USTPRegion11.ES.ECF@usdoj.gov

David M. Siegel, on behalf of Debtor              davidsiegelbk@gmail.com

Gina B Krol, ESQ on behalf of Creditor Windy City Wire
gkrol@cohenandkrol.com, acartwright@cohenandkrol.com; jneiman@cohenandkrol.com

Kurt E Vragel, Jr on behalf of Creditor In-Flight Express kurt@kevtrucks.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re  Blue Thunder Truck Brokerage, Inc.          )
                                                    )
                                                    )        Bankruptcy No. _____ 19-04119
                                                    )
                              Debtor.               )        Chapter _____ 7

### COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____ Alan D. Lasko & Associates, P.C. _____

Authorized to Provide Professional Services to: _____ Frank J. Kokoszka, chapter 7 Trustee _____

Date of Order Authorizing Employment: _____ February 3, 2020 _____

Period for Which Compensation is Sought:
From _____ January 17 _____, 2020 through _____ August 31 _____, 2020

Amount of Fees Sought: $ 2181.09 _____

Amount of Expense Reimbursement Sought: $ 20.80 _____

This is an:        Interim Application  ___✓___        Final Application  _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| | | | | |

Dated: _____ September 11 2020 _____          _____ Frank J. Kokoszka _____
                                                              (Counsel)

(Rev 11/19/10)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Blue Thunder Truck Brokerage, Inc.** | ) | No. 19 B 04119 |
| | ) | |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. Janet S. Baer |

### FIRST INTERIM APPLICATION
### OF ALAN D. LASKO & ASSOCIATES, P.C.
### FOR ALLOWANCE OF COMPENSATION AND EXPENSES

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C. ("ADLPC"),** Certified

Public Accountants, request first interim compensation of $2,181.09 and expenses of $20.80 for

the time period from February 3, 2020 through August 31, 2020. A detail is provided herein for

the Estate, which identifies by subject matter the services performed by the Applicant. Additional

detail is provided to reflect the function and individual performing said services. Lastly, each

individual's classification and hourly rate is also reflected. In addition, attached is the Affidavit

pursuant to Bankruptcy Rule 2016.

## INTRODUCTION

This Court has jurisdiction over this First Interim Fee Application pursuant to 28 U.S.C. § 1334.

This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is proper

pursuant to 28 U.S.C. §§ 1408 and 1409.

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").

Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than the Firm's associates, and other employees, or (b) any compensation another person or party has received or may receive in these cases.

## **GENERAL**

The Debtor filed a petition under Chapter 7 on or about February 15, 2019. A Trustee was subsequently appointed. On February 3, 2020, Alan D. Lasko & Associates, P.C. was approved by the Court as the accountants for the Trustee. Reflected in this fee petition is the Applicant's time for the preparation of the Estate's 2019 income tax returns.

## FEE APPLICATION

The fees sought by this First Interim Fee Application reflect an aggregate of 12.0 hours of ADLPC's time spent and recorded in performing services during the First Interim Compensation Period.  This fee request does not include time that might be construed as duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already been eliminated by ADLPC. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which first interim compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

ADLPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the associates of the Firm, or (b) any compensation another person or party has received or may receive.  No promises have been received by ADLPC as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

BLUE THUNDER TRUCK BROKERAGE, INC.

## BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

## BILLING

The Applicant has incurred 1.2 hours in the preparation of this fee Application.

        Cost                **$130.00**

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.2 | $ 320 00 | $ 64.00 |
| C. Wilson, Staff | 1.0 | 66.00 | 66.00 |
|  | 1.2 |  | $ 130.00 |

## TAX PREPARATION

The Applicant incurred 10.8 hours in the preparation of the Estate's workpapers and income tax returns for the year 2019.  Certain information was turned over to the Trustee over a period of time.

The work also included the following:

- Summarized Trustee's Forms 2.
- Preparation of information and document requests to Debtor's accountants.
- Reviewed and recorded Bankruptcy Schedules.
- Summarized and completed workpapers.

        Cost                **$2,413.00**

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko (Post 07/01/20) | 2.3 | $ 320.00 | $ 736.00 |
| A. Lasko (Pre 07/01/20) | 1.8 | 300.00 | 540.00 |
| L. Lopez, Tax Manager (Post 07/01/20) | 2.3 | 299.00 | 687.70 |
| L. Lopez, Tax Manager (Pre 07/01/20) | 0.2 | 295.00 | 59.00 |
| J. Greene, Staff | 3.9 | 95.00 | 370.50 |
| C. Wilson, Staff | 0.3 | 66.00 | 19.80 |
|  | 10.8 |  | $ 2,413.00 |

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| Owner | $295 | - | $320 |
|---|---|---|---|
| Manager/Director | 290 | - | 320 |
| Supervisors | 190 | - | 290 |
| Senior | 140 | - | 190 |
| Assistant | 65 | - | 140 |

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its first interim fee period are as follows:

| Recap by Project | First Interim Application | Voluntary Reduction | Net |
|---|---|---|---|
| Billing | $ 130.00 | $ - | 130.00 |
| Tax Preparation | 2,413.00 | (361.91) | 2,051.09 |
| Net Request | $ 2,543.00 | $ (361.91) | $ 2,181.09 |

5

**BLUE THUNDER TRUCK BROKERAGE, INC.**

| Recap by Hour | Hours | Amount | Blended Rate |
|---|---|---|---|
| Billing | 1.2 | $    130.00 | $    108.33 |
| Tax Preparation - Net | 10.8 | 2,051.09 | $    189.92 |
| | 12.0 | $    2,181.09 | $    181.76 |

## EXPENSES

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is the Firm's policy to charge its client only the amount actually incurred by the Firm in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

| | Tax Preparation |
|---|---|
| Copy Costs | $    10.80 |
| Delivery | 10.00 |
| | $    20.80 |

## ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary and appropriate to the administration of the Chapter 7 case and was in the best interests of the parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved. ADLPC has taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

Section 330 provides that a court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including.
>
> > (A)    the time spent on such services;
> >
> > (B)    the rates charged for such services;
> >
> > (C)    whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;
> >
> > (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and
> >
> > (E)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

In the instant case, ADLPC respectfully submits that the services for which it seeks compensation in this First Interim Fee Application were necessary for and beneficial to the Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of the Debtor's Estate. ADLPC further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services provided to the Trustee and the Debtor's Estate.

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved.  As shown by this First Interim Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort.  In addition, the work involved, and thus the time expended, was carefully assigned in view of the experience and expertise required for a particular task.  Accordingly, approval of the First Interim compensation sought herein for the Compensation Period is warranted.

## CONCLUSION AND REQUEST FOR RELIEF

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate.  Therefore, the requested first interim compensation of $2,181.09 and expenses of $20.80 should be allowed for services by your Applicant for the period February 3, 2020 through August 31, 2020.


Alan D. Lasko

Alan D. Lasko & Associates, P.C.
205 West Randolph Street
Suite 1150
Chicago, Illinois  60606
(312) 332-1302

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Blue Thunder Truck Brokerage, Inc. | ) | No. 19 B 04119 |
| | ) | |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. Janet S. Baer |

### AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

STATE OF ILLINOIS)
           )     SS.
COUNTY OF COOK )

      I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1.     I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Frank J. Kokoszka, Chapter 7 Trustee in this case ("Trustee").

2.     I have read the First Interim Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.     Lasko has not previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

FURTHER AFFIANT SAYETH NOT.

_____
Alan D. Lasko

Subscribed and Sworn to before me
this _3lst_ day of August, 2020.

_____
Notary Public

OFFICIAL SEAL
CLAUDETTE WILSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/26/24

9

**EXHIBIT A**

**ORDER OF EMPLOYMENT**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re | ) | BK No.   19-04119 |
| Blue Thunder Truck Brokerage, Inc. | ) | |
| | ) | |
| | ) | Chapter  7 |
| | ) | Honorable Janet S  Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

### Order Granting Trustee's Motion To Employ Accountants

This matter coming before the Court on the Application of Frank J Kokoszka, chapter 7 trustee, to employ Alan D. Lasko & Associates, P.C. as accountants for the Trustee, due and proper notice having been given to all parties entitled thereto, and the Court being otherwise duly advised in the premises,

IT IS HEREBY ORDERED THAT·

(1) Frank J. Kokoszka, trustee herein, is authorized to employ Alan D  Lasko and the accounting firm Alan D. Lasko & Associates, P C., to perform all accounting services necessary or required in the administration of the chapter 7 estate

(2) Compensation for services rendered by Alan D  Lasko and the accounting firm of Alan D  Lasko & Associates, P C., and for reimbursement of expenses incurred is subject to further approval and determination by this Court

Enter

_Janet S Baer_

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  January 31, 2020

**Prepared by:**

Frank J  Kokoszka
Kokoszka & Janczur, P.C.
19 South LaSalle Street, Suite 1201
Chicago, Illinois 60603

**EXHIBIT B**

**PERSONNEL**

The following represents a description of the primary individuals in this engagement.

Alan D. Lasko – CPA, CIRA, CFF

Mr. Lasko has worked primarily in the bankruptcy field over the last 34 years.  He brings his 44 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases.  Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements.  Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well as being Certified in Financial Forensics (CFF).  Mr. Lasko is also a member of the American Bankruptcy Institute, the American Institute of Certified Public Accountants and the Illinois CPA Society.  Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics.  Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.


Leticia Lopez, JD – Tax Manager

Ms. Lopez has over 11 years of experience in insolvency and tax matters.  Prior to joining the Firm, Ms. Lopez was Tax and Bankruptcy Counsel for a law firm.  During her time at the law firm, Ms. Lopez regularly represented debtors in Chapter 7, 11, and 13 matters.  In addition, she represented individual and business taxpayers in federal and state tax controversy matters.  Ms. Lopez has a Bachelor's Degree in Accounting from DePaul University.  She completed her JD from DePaul University with a Certificate in Taxation and is licensed to practice in the State of Illinois.

**BLUE THUNDER TRUCK BROKERAGE, INC.**

<u>Jonathan Greene – Staff</u>

Mr. Greene is a staff accountant performing accounting and tax services.  Mr. Greene completed his Bachelor's Degree in Accounting from Bridgewater State University in Massachusetts.  He also worked as an accounting intern for a firm 9 months of his last year in college.

**EXHIBIT C**

**STAFF LEVELS**

## STAFF LEVEL – SUPERVISORS, SENIORS AND ASSISTANTS

SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level.  Supervisors have administrative and overview responsibility on a broader level than senior accountants.  Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level.  Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court.  In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

ASSISTANTS

Staff assistants usually execute basic assignments or tasks.  In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

**EXHIBIT D**

**ACTUAL TIME FROM TIME SLIPS**

**EXHIBIT D-1**

**TAX PREPARATION**

8/31/2020
1 51 PM

Pre-bill Worksheet

Page        1

---

Selection Criteria

---

| Clie Selection | Include  Blue Thunder 002, Blue Thunder 012 |
|---|---|

---

| Nickname | Blue Thunder 002 | 5814 |
|---|---|
| Full Name | Blue Thunder Truck Brokerage, Inc |
| Address | c/o Frank J Kokoszka, Trustee |
| | 19 S  LaSalle Street |
| | Suite 1201 |
| | Chicago, Il 60603 |

| Phone | | Fax |
|---|---|---|
| Home | | Other |
| In Ref To | tax preparation |
| Fees Arrg | By billing value on each slip |
| Expense Arrg | By billing value on each slip |
| Tax Profile | AK |
| Last bill | |
| Last charge | 8/19/2020 |
| Last payment | | Amount | $0 00 |

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 2/3/2020 | A  Lasko | 300 00 | 0 30 | 90 00 | Billable |
| 178470 | 800 | | | | |
| | review of data received to date and prepared information request to trustee regarding same | | | | |
| 2/18/2020 | A  Lasko | 300 00 | 0 40 | 120 00 | Billable |
| 178836 | 800 | | | | |
| | review of data received to date and prepared follow up data request  to trustee regarding same re, tax prep | | | | |
| 2/18/2020 | A  Lasko | 300 00 | 0 60 | 180 00 | Billable |
| 178852 | 800 | | | | |
| | prepared document request to debtor's accountant  re, lack of turnover to trustee  of 2018 and short period prior to filing 2019 books and records | | | | |
| 3/12/2020 | A  Lasko | 300 00 | 0 30 | 90 00 | Billable |
| 179748 | 800 | | | | |
| | review of additional data received from trustee and prepared follow up information request regarding same | | | | |
| 3/16/2020 | L  Lopez | 295 00 | 0 20 | 59 00 | Billable |
| 179885 | 800 | | | | |
| | Reviewed file to set up assignment for staff | | | | |
| 3/25/2020 | A  Lasko | 300 00 | 0.20 | 60 00 | Billable |
| 180076 | 800 | | | | |
| | set up staff for additional work re, tax preparation 2019 | | | | |

8/31/2020
1 51 PM

Pre-bill Worksheet

Blue Thunder 002 Blue Thunder Truck Brokerage, Inc  (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---------|-----------------|---------------|----------------|----------------|-------|
| 7/14/2020 182427 | L  Lopez 800 review extension | 299 00 | 0 10 | 29 90 | Billable |
| 7/14/2020 182510 | C  Wilson 800 Prepared 2019 extensions | 66 00 | 0 30 | 19 80 | Billable |
| 8/13/2020 183253 | J  Greene 800 preparation of work papers for year end income tax return - 2019 | 95 00 | 0 20 | 19 00 | Billable |
| 8/14/2020 183251 | J  Greene 800 preparation of work papers for year end income tax return - 2019 | 95 00 | 2 40 | 228 00 | Billable |
| 8/14/2020 183252 | J  Greene 800 preparation of year end income tax return - 2019 | 95 00 | 1 30 | 123 50 | Billable |
| 8/17/2020 183293 | A  Lasko 800 prepared recap for trustee re, inconsistent information between the 2018 debtor's tax returns and the bankruptcy schedules as filed | 320 00 | 0 40 | 128 00 | Billable |
| 8/17/2020 183294 | A  Lasko 800 responded to staff questions re, issues related to 2019 tax preparation | 320 00 | 0 20 | 64 00 | Billable |
| 8/17/2020 183308 | L  Lopez 800 initial  review of work papers and tax return | 299 00 | 0 90 | 269 10 | Billable |
| 8/17/2020 183311 | L  Lopez 800 prepared changes to 2019 work papers | 299 00 | 0 60 | 179 40 | Billable |
| 8/17/2020 183312 | L  Lopez 800 review of tax return for 2019 | 299 00 | 0 70 | 209 30 | Billable |
| 8/18/2020 183323 | A  Lasko 800 tax review of work papers and returns - 2019 | 320 00 | 0 90 | 288 00 | Billable |
| 8/18/2020 183324 | A  Lasko 800 prepared irs and illinois 60 day letters for 2019 | 320 00 | 0 30 | 96 00 | Billable |

8/31/2020
1 51 PM

Pre-bill Worksheet

Page    3

Blue Thunder 002 Blue Thunder Truck Brokerage, Inc  (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 8/18/2020 183332 | A  Lasko 800 | 320 00 | 0 50 | 160 00 | Billable |
| | sign off of returns and irs and illinois 60  day copies and letters for 2019 | | | | |

| TOTAL | Billable Fees | | 10 80 | | $2,413 00 |
|---|---|---|---|---|---|

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 8/18/2020 183366 | C  Wilson 115 | 10 80 | 1 000 | 10 80 | Billable |
| | Photocopy costs for 2019 Forms 1120 income tax returns - 108 pages @ $ 10 per page | | | | |
| 8/19/2020 183367 | C  Wilson 116 | 10 00 | 1 000 | 10 00 | Billable |
| | Delivery of 2019 Forms 1120 income tax returns to Frank J  kokoszka - confirmation #1554455 | | | | |

| TOTAL | Billable Costs | | | | $20 80 |
|---|---|---|---|---|---|

## Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement  Slips By billing value on each slip | | |
| Total of billable time slips Total of Fees (Time Charges) | $2,413 00 | $2,413 00 |
| Costs Bill Arrangement  Slips By billing value on each slip | | |
| Total of billable expense slips Total of Costs (Expense Charges) | $20 80 | $20 80 |
| Total new charges | | $2,433 80 |
| New Balance Current | $2,433 80 | |

8/31/2020
1 51 PM                                      Pre-bill Worksheet                              Page     4

Blue Thunder 002 Blue Thunder Truck Brokerage, Inc  (continued)

|  | Amount | Total |
|---|---|---|
| Total New Balance |  | $2,433 80 |

**EXHIBIT D-2**

**BILLING TIME**

8/31/2020
1 54 PM

Pre-bill Worksheet

Page    5

| | | | | |
|---|---|---|---|---|
| Nickname | Blue Thunder 012 \| 5815 | | | |
| Full Name | Blue Thunder Truck Brokerage, Inc | | | |
| Address | c/o Frank J Kokoszka, Trustee | | | |
| | 19 S  LaSalle Street | | | |
| | Suite 1201 | | | |
| | Chicago, Il 60603 | | | |
| Phone | | Fax | | |
| Home | | Other | | |
| In Ref To | fee petition | | | |
| Fees Arrg | By billing value on each slip | | | |
| Expense Arrg | By billing value on each slip | | | |
| Tax Profile | AK | | | |
| Last bill | | | | |
| Last charge | 8/31/2020 | | | |
| Last payment | | Amount | $0 00 | |

| Date | Timekeeper | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 8/31/2020 | C  Wilson | 66 00 | 1 00 | 66 00 | Billable |
| 183679 | 800 | | | | |
| | Prepared fee petition | | | | |
| 8/31/2020 | A  Lasko | 320 00 | 0 20 | 64 00 | Billable |
| 183684 | 800 | | | | |
| | Prepared fee petition | | | | |
| TOTAL | Billable Fees | | 1 20 | | $130 00 |

| | | |
|---|---|---|
| Total of billable expense slips | | $0 00 |

---

## Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement  Slips | | |
| By billing value on each slip | | |
| Total of billable time slips | $130 00 | |
| Total of Fees (Time Charges) | | $130 00 |
| Total of Costs (Expense Charges) | | $0 00 |
| Total new charges | | $130 00 |
| New Balance | | |
| Current | $130 00 | |

8/31/2020
1 54 PM                                    Pre-bill Worksheet                                    Page        6

Blue Thunder 012 Blue Thunder Truck Brokerage, Inc  (continued)

| | Amount | Total |
|---|---|---|
| | | |
| Total New Balance | | $130 00 |